**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |
| _____ | MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | |
| 3M COMPANY, | Civil Action No.: _____ |
| DEFENDANT. | |

**MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND**

Pursuant to Pretrial Order No. 17, plaintiff(s) incorporate(s) by reference all allegations of fact, legal arguments, and requests for relief, in each case as contained in the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Plaintiff(s), however, only assert claims against 3M Company because, as set forth in Paragraph 21 of the Master Long Form Complaint, 3M Company is liable for all the facts and claims for relief alleged herein. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendant, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and

allegations against other Defendant not listed in the Master Long Form Complaint,

as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege(s) as follows:

## I.   **DEFENDANT**

1. Plaintiff(s) name(s) the following Defendant in this action:

_____   3M Company

_____   N/A

_____   N/A

_____   N/A

_____   N/A

_____   N/A

## II.   **PLAINTIFF(S)**

2. Name of Plaintiff:

|  |
|--|
|  |

3. Name of spouse of Plaintiff (if applicable to loss of consortium claim):

|  |
|--|
|  |

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other Plaintiff, if any:

|  |
|--|
|  |

5.      State(s) of residence of Plaintiff(s):

<br>

## III.    <u>JURISDICTION</u>

6.      Basis for jurisdiction (diversity of citizenship or other):

<br>

7.      Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

<br>

## IV.    <u>USE OF DUAL-ENDED COMBAT ARMS EARPLUG</u>

8.      Plaintiff used the Dual-Ended Combat Arms Earplug:

_____      Yes

_____      No

## V.    <u>INJURIES</u>

9.      Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

_____      Hearing loss

_____      Sequelae to hearing loss

_____      Other [specify below]

<br>

3

## VI.   <u>CAUSES OF ACTION</u>

10.   Plaintiff(s) adopt(s) in this Short Form Complaint the following claims against only 3M Company, as asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

_____     Count I – Design Defect – Negligence

_____     Count II – Design Defect – Strict Liability

_____     Count III – Failure to Warn – Negligence

_____     Count IV – Failure to Warn – Strict Liability

_____     Count V – Breach of Express Warranty

_____     Count VI – Breach of Implied Warranty

_____     Count VII – Negligent Misrepresentation

_____     Count VIII – Fraudulent Misrepresentation

_____     Count IX – Fraudulent Concealment

_____     Count X – Fraud and Deceit

_____     Count XI – Gross Negligence

_____     Count XII – Negligence Per Se

_____     Count XIII – Consumer Fraud and/or Unfair Trade Practices

_____     Count XIV – Loss of Consortium

_____     Count XV – Unjust Enrichment

_____     Count XVI – Punitive Damages

_____   Count XVII – Other [specify below]

<br><br>

11.    If additional claims against Defendant 3M Company are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against 3M Company:

<br><br>

12.    Plaintiff(s) contend(s) that additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

<br><br>

5

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendant 3M Company and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: _____

Adam B. Wolfson
California Bar No. 262125
adamwolfson@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

Matthew S. Hosen
Washington Bar No. 54855
matthosen@quinnemanuel.com
1109 1st Avenue, Suite 210
Seattle, Washington 98101
Telephone: 206.905.7000
Facsimile: 206.905.7100